# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-60446

---

United States Court of Appeals
Fifth Circuit

**FILED**

September 25, 2024

Lyle W. Cayce
Clerk

Maurine Molak; Matthew Molak,

*Petitioners,*

*versus*

Federal Communications Commission; United States of America,

*Respondents.*

---

Petition for Review from an Order of the
Federal Communications Commission
Agency No. 24-76

---

## UNPUBLISHED ORDER

Before Ho, Wilson, and Ramirez, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Respondent Federal Communications Commission's opposed motion to dismiss petition for review for lack of jurisdiction is GRANTED. Petitioners' motion to stay further proceedings in this court pending the Federal Communications Commission's timely resolution of the petition for reconsideration is DENIED AS MOOT.